■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PENA, Appellant. [61 NYS3d 911]—Appeal by the defendant from a judgment of the County Court, Nassau County (Donnino, J.), rendered May 15, 2015, convicting him of attempted murder in the second degree, assault in the first degree, burglary in the first degree, and criminal possession of a weapon in the fourth degree, upon his plea of guilty, and imposing sentence. Assigned counsel has filed a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the defendant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Balkin, J.P., Austin, Sgroi and LaSalle, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANAURI RODRIGUEZ, Appellant. [62 NYS3d 277]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Queens County (Griffin, J.), imposed February 26, 2015, upon her plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of her right to appeal precludes review of her contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Calinda*, 142 AD3d 1183 [2016]). Eng, P.J., Mastro, Miller, LaSalle and Brathwaite Nelson, JJ., concur.